QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
George R. Hedges (Bar No. 081873)
georgehedges@quinnemanuel.com
Stan Karas (Bar No. 222402)
stankaras@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiiff Geena Davis

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| GEENA DAVIS, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH KELLY, an individual, NANCY GRUVER, an individual, DADS & DAUGHTERS, a non-profit organization, and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO. CV 07-6218 ABC (RMCx)<br><br>Hon. Aubrey B. Collins<br><br>ORDER RE DISMISSAL |

## **ORDER**

The Court, having reviewed the foregoing stipulation of the parties, hereby approves the stipulation and orders that this action be and is hereby dismissed with prejudice.

DATED: January 14, 2008

_____
Hon. Aubrey A. Collins
United States District Judge